IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ADAM WEINSTEIN, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 08-927-GPM |
| CITY OF BELLEVILLE, and JEFF VERNATTI, | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: August 21, 2009

JUSTINE FLANAGAN, ACTING CLERK

By: s/Linda M. McGovern
Deputy Clerk

APPROVED: S/G. Patrick Murphy
G. Patrick Murphy
United States District Judge